# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Janet Harvey, | No. CV-19-00014-TUC-JGZ |
| Plaintiff, | **ORDER** |
| v. | |
| Lowe's Home Centers LLC, et al., | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED that the parties' Stipulation for Dismissal with Prejudice (Doc. 21) is GRANTED.

IT IS FURTHER ORDERED that each party shall bear its own attorney fees and costs.

The Clerk of Court is directed to close the file in this action.

Dated this 5th day of September, 2019.

_____
Honorable Jennifer G. Zipps
United States District Judge